■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING HOSCH, Appellant. [632 NYS2d 485] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered April 8, 1994, convicting him of criminal sale of a controlled substance in the third degree, after a non-jury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]; *People v Hatcher,* 209 AD2d 639).

We have examined the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be without merit *(see, People v Williams,* 161 AD2d 295, 296). Thompson, J. P., Copertino, Hart and Goldstein, JJ., concur.